[No. 62076-2-I.   Division One.   June 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RANDALL JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09062-9, Michael Heavey, J., entered July 31, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Ellington, JJ.

[No. 63023-7-I.   Division One.   June 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04925-2, Jim Rogers, J., entered February 17, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 63108-0-I.   Division One.   June 28, 2010.]

TEAMSTERS LOCAL 763, *Respondent*, v. THE PUBLIC EMPLOYMENT RELATIONS COMMISSION, *Defendant*, THE CITY OF MUKILTEO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-17228-7, Jay V. White, J., entered February 18, 2009. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 63439-9-I.   Division One.   June 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ASHENAFI WOLDU TEFFERI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01956-8, Michael Hayden, J., entered April 6, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Appelwick, J.